462 F.2d 1374
 UNITED STATES of America, Plaintiff-Appellee,
v.
Harding Troy KENDRICK, Defendant-Appellant.
 No. 71-3080.
 United States Court of Appeals,
 Ninth Circuit.
 Aug. 1, 1972.
 
 On appeal from the United States District Court for the Central District of California; Charles H. Carr, Judge.
 Morton L. Shatzkin (argued), Studio City, Cal., for defendant-appellant.
 Robert C. Bonner, Asst. U. S. Atty. (argued), Eric A. Nobles, Asst. U. S. Atty., William D. Keller, U. S. Atty., Los Angeles, Cal., for plaintiff-appellee.
 Before CHAMBERS, JERTBERG and MERRILL, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of conviction in this case involving counterfeit currency is affirmed.
 
 
 2
 Exception is taken to matters involving the trial court's discretion. We find no error.